**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 23-1108**

———————————

In re:  SHONGO LECARR OWENS, a/k/a G.O., a/k/a Chuck,

      Petitioner.

———————————

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:15-cr-00468-CCB-1)

———————————

Submitted:  April 20, 2023                          Decided:  April 25, 2023

———————————

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Shongo Lecarr Owens, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shongo Lecarr Owens petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Owens' motion on April 4, 2023. Accordingly, because the district court has recently decided Owens' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*